Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: sempers@ballardspahr.com

*Attorneys for Plaintiff U.S. Bank N.A.,
As Trustee f/b/o holders of
Structured Asset Mortgage
Investments II Inc., Bear Sterns ALT-A
Trust, Mortgage Pass-Through
Certificates, Series 2006-3*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N. A., AS TRUSTEE F/B/O HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITOL REEF REVOCABLE TRUST, a Nevada trust; FALLS AT HIDDEN CANYON HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit corporation,<br><br>Defendants. | CASE NO. 2:16-CV-02774-RFB-PAL<br><br>**STIPULATION TO AMEND DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(SECOND REQUEST)** |

Plaintiff U.S. Bank N. A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-3 ("Trustee"); Defendant Capitol Reef Revocable Trust ("Capitol Reef"); and Defendant Falls at Hidden Canyon Homeowners Association, Inc. (the "Association") (collectively, the "Parties") hereby submit this Stipulation to

Amend Discovery Plan and Scheduling Order pursuant to LR IA6-1 and LR 26-4.

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. STATEMENT OF FACTS

Trustee commenced this litigation on December 2, 2016. (ECF No. 1). On December 19, 2016, Trustee filed Proof of Compliance with Federal Rule of Civil Procedure 5.1(a) giving notice of constitutional question to the Nevada Attorney General. (ECF No. 4). On April 5, 2017, the Association filed its answer to Trustee's complaint. (ECF No. 10). On April 14, 2017, Capitol Reef filed a motion to dismiss Trustee's complaint. (ECF No. 14). The Court has not yet ruled on this motion.

On May 22, 2017, the Parties filed a Stipulated Discovery Plan and Scheduling Order. (ECF No. 18). On May 31, 2017, the Court granted the Stipulated Discovery Plan and Scheduling Order (the "Scheduling Order"). (ECF No. 19). On October 9, 2017, the Parties filed a Stipulation to Amend Discovery Plan and Scheduling Order (First Request). (ECF No. 25). On October 18, 2017, the Court granted the Stipulation to Amend Discovery Plan and Scheduling Order (First Request). (ECF No. 27).

The Parties have been prosecuting this matter without intentional delays. However, the Parties agree that a short extension of the dispositive motion and joint pretrial order deadlines is necessary and warranted. In light of the intervening holidays, an extension is necessary to permit better access to and communication with the respective parties regarding dispositive motions and to further settlement discussions. More importantly, an extension will allow all parties to discuss settlement options prior to undertaking the expense of briefing dispositive motions.

## II. LOCAL RULE 26-4 REQUIREMENTS

### A. Discovery Completed

Trustee has completed the following:

i. Service of its Initial Disclosures Pursuant to F.R.C.P. 26(a)(1);
ii. Service of its Request for Admissions, Requests for Production of Documents, and Interrogatories to the Association;
iii. Service of its Request for Admissions, Requests for Production of Documents and Interrogatories to Capitol Reef;
iv. Service of Subpoena Duces Tecum on Hampton & Hampton Collections, LLC, collections agent for the Association;
v. Responded to the Association's Request for Admissions, Requests for Production of Documents, and Interrogatories; and
vi. Taking depositions of Capitol Reef, the Association, and Hampton & Hampton.

The Association has completed the following:
i. Service of its Initial Disclosures Pursuant to F.R.C.P. 26(a)(1);
ii. Service of its Request for Admissions, Requests for Production of Documents, and Interrogatories to Trustee; and
iii. Responded to Trustee's Request for Admissions, Requests for Production of Documents, and Interrogatories.

Capitol Reef has completed the following:
i. Service of its Initial Disclosures Pursuant to F.R.C.P. 26(a)(1); and
ii. Responded to the Association's Request for Admissions, Requests for Production of Documents, and Interrogatories.

### B. Discovery to be Completed

None. All discovery is complete.

### C. Good Cause Exists for Extending Discovery Plan Deadlines

Since the Court issued its Scheduling Order, the Parties have fully briefed Capitol Reef's Motion to Dismiss the Complaint. The parties also have completed discovery. The Parties agree that a short extension of the dispositive motion and

joint pretrial order deadlines is necessary and warranted. An extension will allow all parties time to discuss settlement options prior to briefing dispositive motions. Productive settlement discussions are more likely to result in a favorable outcome at this time because all parties have the benefit of completed discovery. Thus, it is beneficial, necessary, and most efficient to extend the dispositive motions deadline so that the Parties can best assess settlement possibilities.

In addition, in light of the intervening holidays, access to client decision-makers and client information is somewhat hindered. An extension of the dispositive motion and pre-trial order deadline will allow the parties to better communicate with their respective clients to further settlement discussions and more efficiently brief dispositive motions.

### D. Proposed Schedule

By this Stipulation, the Parties seek to amend the schedule as set forth on page 2 of the Order to extend the dispositive motions and joint proposed trial order deadlines by twenty-one (21) days:

1. Dispositive motion deadline: **January 23, 2018**; and
2. Joint proposed pretrial order: **February 22, 2018**.

*[Remainder of page intentionally left blank]*

## III. CONCLUSION

For the above-stated reasons, the Parties respectfully request that this Court enter an Order approving this Stipulation to Amend the Discovery Plan and Scheduling Order (Second Request) using the new deadlines noted above.

Dated December 27, 2017.

| THE WRIGHT LAW GROUP, P.C. | BALLARD SPAHR LLP |
|---|---|
| BY: /S/ JOHN HENRY WRIGHT<br>John Henry Wright, Esq.<br>Nevada Bar No. 6182<br>2340 Paseo Del Prado, Ste. D-305<br>Las Vegas, Nevada 89102<br><br>*Attorney for Defendant Capitol Reef Revocable Trust*<br><br>TYSON & MENDES, LLP<br>BY: /S/ MARGARET SCHMIDT<br>Thomas E. McGrath, Esq.<br>Nevada Bar No. 7086<br>Christopher A. Lund, Esq.<br>Nevada Bar No. 12435<br>Margaret Schmidt, Esq.<br>Nevada Bar No. 12489<br>8275 South Eastern Ave., Ste. 115<br>Las Vegas, Nevada 89123<br><br>*Attorney for Defendant Falls at Hidden Canyon Homeowners Association* | By: /S/ AMBER R. GONZALES<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Sylvia O. Semper<br>Nevada Bar No. 12863<br>1980 Festival Plaza Dr., Suite 900<br>Las Vegas, NV 89135<br><br>-and-<br><br>Amber R. Gonzales<br>Colorado Bar No. 49993<br>(admitted pro hac vice)<br>1225 17th Street, Suite 2300<br>Denver, Colorado 80202<br><br>*Attorneys for Plaintiff* |

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 4, 2018